Electronically FILED by Superior Court of California, County of Los Angeles on 03/13/2020 03:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by N. Alvarez, Deputy Clerk
20STCV10338

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Kristin Escalante

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| MARIELYS ACOSTA, ESQ. (SBN: 228251)<br>LAW OFFICE OF ACOSTA & ACOSTA<br>6263 VAN NUYS BLVD.<br>VAN NUYS, CA 91401<br>TELEPHONE NO: 818-908-3000  FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, GLORIA AMANDA RABRE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   STREET ADDRESS: 111 N. HILL STREET
   MAILING ADDRESS: 111 N. HILL STREET
   CITY AND ZIP CODE: LOS ANGELES, CA 90012
   BRANCH NAME: STANLEY MOSK COURTHOUSE

PLAINTIFF: GLORIA AMANDA RABRE

DEFENDANT: WALMART, INC. and DOES 1 through 10, inclusive

[X] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
   [ ] AMENDED *(Number)*:

Type *(check all that apply)*:
[ ] MOTOR VEHICLE     [X] OTHER *(specify)*: PREMISES LIABILITY
   [ ] Property Damage     [ ] Wrongful Death
   [X] Personal Injury     [X] Other Damages *(specify)*: GENERAL NEGLIGENCE

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
      [ ] from limited to unlimited
      [ ] from unlimited to limited

CASE NUMBER: 20STCV10338

1. Plaintiff *(name or names)*: GLORIA AMANDA RABRE

   alleges causes of action against defendant *(name or names)*: WALMART, INC. and DOES 1 through 10, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed .
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425.12

Exhibit "1" Page 6

PLD-PI-001

| SHORT TITLE: RABRE vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] except defendant *(name):* WALMART, INC.       c. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) [X] a corporation                              (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*                (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*                           (5) ☐ other *(specify):*


   b. ☐ except defendant *(name):*                    d. ☐ except defendant *(name):*

   (1) ☐ a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*       (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*                (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*                           (5) ☐ other *(specify):*


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 1 TO 5 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 6 TO 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: RABRE vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☒ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   SIX (6)

Date: 3/12/2020

MARIELYS ACOSTA, ESQ.
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE: RABRE vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—Premises Liability**   Page _____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* GLORIA AMANDA RABRE
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* 11/10/2018   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury):*
PLAINTIFF WAS A PAYING CUSTOMER WHEN SHE SLIPPED AND FELL ON A
SUBSTANCE THAT WAS ON THE FLOOR IN A VISIBLE AREA.

DEFENDANTS, AND EACH OF THEM, FAILED TO MAINTAIN AND/OR INSPECT THEIR
SHOPPING AREA. DEFENDANTS, AND EACH OF THEM, FAILED TO TAKE SUFFICIENT
MEASURES TO ASSURE THAT CUSTOMERS COULD HAVE COMPLETE AND SAFE ACCESS
IN AND AROUND THEIR STORE. DEFENDANTS, AND EACH OF THEM, HAD EITHER
CONSTRUCTIVE OR ACTUAL NOTICE OF THE UNSAFE CONDITION. DEFENDANTS
EXPOSED CUSTOMERS TO A HAZARDOUS/DANGEROUS CONDITION AND THE SOLE AND
PROXIMATE CAUSE OF PLAINTIFF'S INJURIES AND DAMAGES AS CLAIMED HEREIN.

Prem.L-2.  [X] **Count One--Negligence** The defendants who negligently owned, maintained, managed and operated
the described premises were *(names):* WALMART, INC.

[X] Does 1 to 10

Prem.L-3.  [ ] **Count Two--Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names):*

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4.  [ ] **Count Three--Dangerous Condition of Public Property** The defendants who owned public property
on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names):*

[ ] Does _____ to _____
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) (Rev. January 1, 2007)

**CAUSE OF ACTION—Premises Liability**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

Exhibit "1" Page 9

PLD-PI-001(2)

| SHORT TITLE: RABRE vs. WALMART, INC., et al. | CASE NUMBER: |
|---|---|

SECOND <u>             </u> CAUSE OF ACTION—General Negligence      Page _____
     (number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: GLORIA AMANDA RABRE

     alleges that defendant *(name)*: WALMART, INC.

           [X] Does <u>1</u> to <u>10</u>

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 11/10/2018
at *(place):* 4651 FIRESTONE BLVD, SOUTH GATE, CA 90280

*(description of reasons for liability):*
PLAINTIFF WAS A PAYING CUSTOMER WHEN SHE SLIPPED AND FELL ON A SUBSTANCE THAT WAS ON THE FLOOR IN A VISIBLE AREA.

DEFENDANTS, AND EACH OF THEM, FAILED TO MAINTAIN AND/OR INSPECT THEIR SHOPPING AREA. DEFENDANTS, AND EACH OF THEM, FAILED TO TAKE SUFFICIENT MEASURES TO ASSURE THAT CUSTOMERS COULD HAVE COMPLETE AND SAFE ACCESS IN AND AROUND THEIR STORE. DEFENDANTS, AND EACH OF THEM, HAD EITHER CONSTRUCTIVE OR ACTUAL NOTICE OF THE UNSAFE CONDITION. DEFENDANTS EXPOSED CUSTOMERS TO A HAZARDOUS/DANGEROUS CONDITION AND THE SOLE AND PROXIMATE CAUSE OF PLAINTIFF'S INJURIES AND DAMAGES AS CLAIMED HEREIN.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Legal Solutions Plus

Code of Civil Procedure 425.12

Exhibit "1" Page 10